UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REUBEN AVENT,

                    Plaintiff,

        -against-

NY SUPREME COURT JUSTICE SUSAN J
ADAMS, ET AL.,

                    Defendants.

25-cv-9224 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 10, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    February 13, 2026
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge